# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130765

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                      SC: 130765
                                      COA: 253609
                                      Oakland CC: 03-189148-FH

ROBERT V. TUSCANO,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006                                   _____
                                                    Clerk

t1023